No. 99–6106.  BERRIOS QUINONES v. NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 99–6108.  SCOTT v. ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 99–6119.  JONES v. CHEEKS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 99–6121.  WILDER v. UNITED STATES ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 99–6122.  VOTTA v. GNAZZO ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 99–6127.  TURNER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–6137.  SHELDON v. KITCHELL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–6140.  TAYLOR v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 99–6145.  CORPUZ v. WALTER, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER.  C. A. 9th Cir.  Certiorari denied.

No. 99–6146.  BEARD v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 99–6151.  HAMPTON v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 99–6153.  JONES v. HINES ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–6164.  ROMNEY v. DISESSA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–6165.  POTTS v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  Ct. App. Tex., 9th Dist.  Certiorari denied.

No. 99–6169.  KING v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.